DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
EUGENIO MARTINEZ MORFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-472 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. ) | CONTINUE STATUS HEARING AND TO |
| ) | EXCLUDE TIME PURSUANT TO THE |
| ) | SPEEDY TRIAL ACT |
| EUGENIO MARTINEZ MORFIN, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

This case is currently scheduled for a status hearing on June 9, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation, research, and investigation,  and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 9, 2008, be continued until July 14, 2008.  In addition, the parties stipulate that the time period from June 9, 2008, to July 14, 2008, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 10, 2008

                 Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Samuel Wong<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Eugenio Martinez Morfin |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-472 WBS |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| EUGENIO MARTINEZ MORFIN, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on June 10, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for June 9, 2008, shall be vacated and that the case be set for Monday, July 14, 2008 at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 10, 2008 stipulation, the time from June 9, 2008, through July 14, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4. The Court specifically finds that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: June 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2