```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. CR-S-07-472 WBS
                                 )
12          Plaintiff,            )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE AND EXCLUDING
13          v.                    )  TIME UNDER THE SPEEDY TRIAL ACT
                                 )
14  EUGENIO MARTINEZ MORFIN,     )  Court:  Hon. William B. Shubb
                                 )  Date:   July 14, 2008
15          Defendant.            )  Time:   8:30 a.m.
                                 )
16  _____
17
```

18      This case is currently scheduled for a status hearing on
19 July 14, 2008.  The attorneys for both parties have conferred and
20 agree that additional time is needed for defense preparation,
21 research, and investigation, and discussions between the parties
22 with the goal being to resolve the case by way of a pretrial
23 disposition.  In particular, the United States has recently made
24 a counteroffer to defendant to settle this case.  Defense counsel
25 needs time research the ramifications of the counteroffer, and
26 explain the counteroffer and its ramifications to defendant
27 through the use of a Spanish/English language interpreter.
28      Therefore, the parties, through their respective counsel,

1  hereby stipulate and agree that the status conference scheduled
2  in this case for July 14, 2008, be continued until August 4,
3  2008.  In addition, the parties stipulate that the time period
4  from July 14, 2008, to, and including, August 4, 2008, be
5  excluded from computation of time within which the trial of this
6  case must be commenced under the Speedy Trial Act, pursuant to 18
7  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties
8  stipulate that the ends of justice are served by the Court
9  excluding such time, so that counsel for the defendant may have
10 reasonable time necessary for effective preparation, taking into
11 account the exercise of due diligence.

13 DATED: July 11, 2008
14                      Respectfully submitted,

16 McGREGOR W. SCOTT                  DANIEL BRODERICK
   United States Attorney             Federal Defender

17 /s/ Samuel Wong                    /s/ Lexi Negin
   _____      _____
18 SAMUEL WONG                        LEXI NEGIN
   Assistant U.S. Attorney            Assistant Federal Defender
19
   Attorney for United States         Attorney for
20                                    Eugenio Martinez Morfin
                                      (per telephonic authorization
21                                    on July 10, 2008)

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on July 11, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for July 14, 2008, shall be vacated and that the case be set for Monday, August 4, 2008 at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 11, 2008 stipulation, the time from July 14, 2008, through August 4, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4. The Court specifically finds that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: July 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE