DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EUGENIO MARTINEZ MORFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-472 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. ) | CONTINUE STATUS HEARING AND TO |
| ) | EXCLUDE TIME PURSUANT TO THE |
| ) | SPEEDY TRIAL ACT |
| EUGENIO MARTINEZ MORFIN, ) | |
| ) | |
| Defendant. ) | |

This case is currently scheduled for a status hearing on August 4, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation, research, and investigation, and meetings between the parties with the goal being to resolve the case by way of a disposition. In addition, defendant desires to undergo a debriefing on or about August 25, 2008, by the United States through the use of a Spanish/English language interpreter to help determine whether defendant is eligible for safety valve sentencing.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 4, 2008, be continued until September 8, 2008. In addition, the parties stipulate that the time period from August 4, 2008, to September 8, 2008, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for

1

effective preparation, taking into account the exercise of due diligence.

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 5, 2008

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| /s/Lexi Negin for Samuel Wong | /s/ Lexi Negin |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Eugenio Martinez Morfin |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EUGENIO MARTINEZ MORFIN,<br><br>    Defendant. | CASE NO. CR-S-07-472 WBS<br><br>~~PROPOSED~~ ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

    For the reasons set forth in the stipulation of the parties, filed on August 5, 2008,  IT IS HEREBY ORDERED that the status conference currently scheduled for August 4, 2008,  shall be vacated and that the case be set for Monday, September 8, 2008 at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 5, 2008 stipulation, the time from August 4, 2008, through September 8, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated:   August 5, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2