IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS-07-472 WBS |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| EUGENIO MARTINEZ MORFIN, ) | |
| Defendant. ) | |

In light of defendant's opposition, the government's motion to extend the deadline for the United States Attorney to submit objections to the presentence report and to continue the date of judgment and sentence is DENIED.

Any objections to the presentence report shall be filed by the close of business today.

IT IS SO ORDERED.

DATED:   December 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1